THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Steven Mack, Appellant.
 
 
 

Appeal From Richland County
 Alison Renee Lee, Circuit Court Judge
Unpublished Opinion No. 2007-UP-389   

Submitted September 1, 2007  Filed
 September 24, 2007
APPEAL DISMISSED

 
 
 
 Chief Attorney Joseph L. Savitz, III, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,  of
 Columbia; Solicitor Warren B. Giese, of Columbia, for Respondent.
 
 
 

PER
 CURIAM:  Steven Mack pled guilty to assault and battery with intent to
 kill (ABWIK) and possession of a firearm during the commission of a violent
 crime.  He was sentenced to concurrent terms of ten years imprisonment for ABWIK
 and five years imprisonment for possession of a firearm during the commission
 of a violent crime.  On appeal, Mack argues the trial judge erred in employing
 a mass guilty plea format.  Mack contends that such a process undermines the
 voluntariness required by the Due Process Clause.  This argument is without
 merit as appellant voiced no objections at the guilty plea hearing.  See State v. Adams, 354 S.C. 361, 380, 580 S.E.2d 785, 795
 (Ct. App. 2003) (Arguments not raised to or ruled upon by the trial court are
 not preserved for appellate review.); see also State v. McKinney, 278 S.C. 107, 108, 292 S.E.2d 598, 599 (1982) (stating that absent
 timely objection at plea proceeding, unknowing and involuntary nature of guilty
 plea can be attacked only through the more appropriate channel of
 post-conviction relief).  
After a thorough
 review of the record pursuant to Anders v. California, 386 U.S. 738
 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we
 hold there are no directly appealable issues that are arguable on their
 merits.  Accordingly, we dismiss this appeal and grant counsels petition to be
 relieved.[1]
APPEAL
 DISMISSED.
HEARN, C.J.,
 HUFF and KITTREDGE, JJ., concur.

[1] We decide this case without oral argument
 pursuant to Rule 215, SCACR.